*E-FILED - 8/25/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL ANGELO LENA, | ) | No. C 09-2085 RMW (PR) |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| SUPREME COURT OF CALIFORNIA, et al., | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

The court has dismissed the instant action without prejudice.  A judgment of dismissal without prejudice is entered.  The clerk shall close the file.

IT IS SO ORDERED.

DATED: __8/24/09_____

_Ronald M. Whyte_
RONALD M. WHYTE
United States District Judge